IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:00– MJ–162–GCM

IN THE MATTER OF CERTAIN ASSETS
ASSOCIATED WITH HIZBALLAH AND
QUEEN TOBACCO, etc.

**ORDER**

THIS MATTER is before the Court on the government's motion [doc. 15] to release an account at RBC Bank (formerly Centura Bank) that was identified in a seizure warrant on July 20,2000, but not included int he forfeiture order in the related criminal case. For good cause shown,

IT IS THEREFORE ORDERED that the following account shall be released from the seizure and restraint previously ordered herein: RBC Bank account number xxx-xxx-814-7.

IT IS SO ORDERED.                Signed: September 2, 2009

Graham C. Mullen
United States District Judge